UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA DIMEGLIO, on behalf of herself and all others similarly situated,

                Plaintiffs,

- against -

REBEL ATHLETIC, INC.,

                Defendant.

**ORDER**

23 Civ. 6701 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Rebel Athletic seeks leave to file a motion to dismiss Plaintiff's claims. (See Def. Ltr. (Dkt. No. 10)) Briefing concerning Defendant's motion to dismiss will proceed on the following schedule:

    (1)    Defendant's motion is due by **December 20, 2023.**

    (2)    Plaintiff's opposition is due by **January 10, 2024.**

    (3)    Defendant's reply, if any, is due by **January 17, 2024.**

Under Rule IV(C) of this Court's individual rules, the "bundling rule," parties may not file motions electronically on ECF until the motion is fully briefed. The Clerk of Court is directed to terminate the letters pending at Dkt. Nos. 8 and 10.

Dated: New York, New York
       November 29, 2023

SO ORDERED.

*Paul S. Gardephe*
_____
Paul G. Gardephe
United States District Judge